# United States Court of Appeals
# for the Federal Circuit

———————————

**ERRATA**

August 10, 2012

———————————

2011-1455

ALCON RESEARCH, LTD. (formerly known as Alcon
Manufacturing, Ltd.),
ALCON LABORATORIES, INC., and KYOWA HAKKO
KIRIN CO. LTD.,

Plaintiffs-Appellees,

v.

APOTEX INC. and APOTEX CORP.,

Defendants-Appellants.

———————————

Decided: August 8, 2012

———————————

Please make the following change:

Page 1, change "Bruce R. Genderson, argued for plaintiff-appellee" to "Kannon Kumar Shanmugam".